In the Matter of the STATE INSURANCE FUND, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, et al., Appellants. [195–199 CHURCH STREET, BOROUGH OF MANHATTAN.]

Argued January 13, 1956; decided February 16, 1956.

*Peter Campbell Brown, Corporation Counsel (James J. McGowan* and *Morris Handel* of counsel), for appellants.

*Monroe Goldwater, Bernard Katzen, James L. Goldwater* and *Anne Gross* for respondent.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: DYE and BURKE, JJ.